**Order entered June 26, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00481-CV

### DAVID BARNES, Appellant

### V.

### KATHERINE KINSER, JONATHAN BATES, AND KINSER & BATES, LLP, Appellees

**On Appeal from the 116th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-01550-F**

## ORDER

Before the Court is appellees' June 25, 2019 agreed motion for extension of time to file their responsive brief. We **GRANT** the motion and **ORDER** the brief be filed no later than July 31, 2019.

/s/     BILL WHITEHILL
        JUSTICE